IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

INSIGHT TRADING, LLC       §
§
v.                           §
§          C.A. No. 13-864
§             ADMIRALTY
STX PAN OCEAN CO., LTD.     §

## INDEX

1.      List of Counsel

2.      Docket Sheet

3.      Plaintiff's Original Petition

4.      Civil Process Pick-up Receipts

5.      Affidavit of Service

6.      Notice of Intention to Take Deposition by Written Questions



EXHIBIT
A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

INSIGHT TRADING, LLC §
§
v. §
§          C.A. No. 13-864
§                ADMIRALTY
§
STX PAN OCEAN CO., LTD. §

## LIST OF COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant STX PAN OCEAN CO., LTD., in the above entitled and
numbered cause of action, and provides a list of the following counsel in this matter:

Dana K. Martin
dmartin@hillrivkins.com
Tim R. Sutherland
tsutherland@hillrivkins.com
HILL RIVKINS LLP
55 Waugh Drive, Suite 1200
Houston, Texas 77007
Telephone: (713) 222-1515
Facsimile: (713) 222-1359
**Attorneys for Plaintiff**

David R. Walker
David.Walker@roystonlaw.com
Richard A. Branca
Richard.Branca@roystonlaw.com
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
Pennzoil Place
711 Louisiana, Suite 500
Houston, Texas 77002-2713
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
**Attorneys for Defendant**



Respectfully submitted,

/s/ Richard A. Branca
David R. Walker
State Bar No. 20696800
Federal ID No. 2827
David.Walker@roystonlaw.com
Richard A. Branca
Federal I.D. No. 828076
State Bar No.: 24067177
Richard.Branca@roystonlaw.com
Pennzoil Place
711 Louisiana, Suite 500
Houston, Texas 77002-2713
Telephone:  (713) 224-8380
Facsimile:  (713) 225-9945

**ATTORNEYS FOR DEFENDANT
STX PAN OCEAN CO., LTD.**

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served upon the below listed counsel of record *via* U.S. certified mail, return receipt requested on this 27th day of March, 2013.

Dana K. Martin
Tim R. Sutherland
HILL RIVKINS LLP
55 Waugh Drive, Suite 1200
Houston, Texas 77007

/s/ Richard A. Branca
OF ROYSTON RAYZOR VICKERY & WILLIAMS LLP

| Notes Color Key: | Private | Court | **Docket Sheet** |

Print

Case: 201310739 - 7    Status: Active - Civil Court: 133 File Dt: 2/22/2013
Type: CONTRACT
Style: INSIGHT TRADING LLC vs STX PAN OCEAN CO LTD

**Docket Sheet Entries**    Add    Save/Group

Total Items: 0                                   Note Type Filter:

| Active | Posting Date | Comments | Last Mod User | History | Group |
|---|---|---|---|---|---|
| | | No Items Found | | | |
| | | 1 | | | |

**Trial Settings**    Add

| Active | Signed Date | Comments | Last Mod User | History | Group |
|---|---|---|---|---|---|
| | | No Items Found | | | |
| | | 1 | | | |

EXHIBIT
2

RECEIPT NUMBER  455554 _____ 0.00
TRACKING NUMBER __72877672_____ ATY

CAUSE NUMBER ___201310739_____

| | |
|---|---|
| PLAINTIFF:  INSIGHT TRADING LLC<br>vs.<br>DEFENDANT:  STX PAN OCEAN CO LTD | In The  133rd<br>Judicial District Court of<br>Harris County, Texas |

### CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

**DELIVERED**
3/5/2013
By US-SCM 2/5
Austin Process, LLC

TO: STX PAN OCEAN CO LTD (FOREIGN CORPORATION) MAY BE SERVED THROUGH ITS
    REGISTERED AGENT CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCO

    211 E 7TH STREET SUITE 620  AUSTIN TX 78701

Attached is a copy of  PLAINTIFF'S ORIGINAL PETITION _____

This instrument was filed on the ____22nd___ day of ___February_____, 20 _13_ , in the
above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

   This Citation was issued under my hand and seal of said Court, at Houston, Texas, this __27th__ day of
____February_____, 20 _13_.

[seal: DISTRICT COURT OF HARRIS COUNTY TEXAS]

*Chris Daniel*
**CHRIS DANIEL, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Issued at request of:
SUTHERLAND, TIMOTHY RUSSELL
55 WAUGH DR SUITE 1200
HOUSTON, TX 77007
Tel: (713) 457-2294
Bar Number:  24079624

Generated by: CUERO, NELSON  7MM/7MM/9505838

---

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20_____, at _____ o'clock ____.M., endorsed

the date of delivery thereon, and executed it at _____
                                                  (street address)                          (city)

in _____ County, Texas on the _____ day of _____, 20____, at _____ o'clock ____ M.,

by delivering to _____, by delivering to its
                        (the defendant corporation named in citation)

_____, in person, whose  name is _____ ,
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,
                                                  (description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of _____
                                         (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $ _____                    By: _____
                                        (signature of officer)

                                 Printed Name: _____

                                 As Deputy for: _____
Affiant Other Than Officer _____     (printed name of the sheriff or constable)

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 ____

                                                 _____
                                                          Notary Public

N.INT.CITC.P

**EXHIBIT**
**3**
tabbies

2013-10739 / Court: 133

C.A No.:_____

Filed 13 February 22 P12:12
Chris Daniel - District Clerk
Harris County
ED101J017940820
By: Nelson Cuero

| | | |
|---|---|---|
| INSIGHT TRADING, LLC | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| STX PAN OCEAN CO., LTD. | § | |
| Defendant | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

1.      COMES NOW, Insight Trading, LLC, Plaintiff herein, by and through the undersigned counsel, complaining of STX Pan Ocean Co., Ltd., Defendant herein, and for its causes of action would show the Court as follows, upon information and belief:

### A.
### DISCOVERY LEVEL

2.      Plaintiff intends that discovery be conducted under Level 1 and affirmatively pleads that it seeks monetary relief aggregating less than $100,000.00.

### B.
### PARTIES

3.      Plaintiff, Insight Trading, LLC, ("Insight"), is a Delaware limited liability company or other business entity, with its principal place of business in Houston, and a certificate of authority to do business in Texas, which is a international steel trader which regularly purchases and sells steel cargoes which are delivered by ocean vessel and inland conveyance to and from the United States and Texas.

4.      Defendant, STX Pan Ocean Co., Ltd., ("STX") is a foreign corporation, or similar entity, which regularly does business in Texas and/or the United States as a common carrier of goods,

which maintains a registered agent in Texas upon whom service may be made, and thus may be

served through its registered agent, Corporation Service Company dba CSC – Lawyers Inco, 211

E. 7th Street, Suite 620, Austin, Texas 78701.

### JURISDICTION & VENUE

5.    This court has subject-matter jurisdiction as the amount in controversy exceeds $500.00

and the causes of action do not fall within the exclusive jurisdiction of any other court of this

state. Venue is proper in Harris county, pursuant to Section 15.002(a)(1) of the Texas Civil

Practice & Remedies Code, because Harris County is where all or a substantial part of the events

giving rise to this claim occurred.

### D.
### CAUSE 1 – UNITED STATES CARRIAGE OF GOODS BY SEA ACT

6.    At and during all the times hereinafter mentioned, STX was, and now is, engaged in

business as a common carrier of merchandise by water for hire, and owned, operated, managed,

chartered and/or controlled the M/V Nan Hai which carried the cargo in question from Manila,

Philippines to Houston, Texas.

7.    On or about November 14, 2011, and at the port of Manila, Philippines there was

delivered to the M/V Nan Hai, and STX, in good order and condition, a shipment of steel pipe

("cargo") which STX received, accepted and agreed to load, stow, carry, discharge and deliver,

for certain consideration, to the Port of Houston, Texas.

8.    At the Port of Manila, Philippines, STX and/or its subcontracted agents and

Supercargo(s) or Port Captain(s), negligently loaded the cargo, causing it physical damage, and

loading the cargo in such a fashion which would not provide for the cargo to withstand the

normal rigors of the contemplated sea transit. This negligence caused, and/or contributed to, the

damages found to have occurred to Plaintiff's cargo when the vessel arrived in Houston.

2

Certified Document Number: 54813851 - Page 2 of 5

9.     Thereafter, the said vessel arrived at the Port of Houston, where the cargo was delivered damaged by water, seawater and/or physically damaged. On information and belief, STX negligently supervised the handling of Plaintiff's cargo, and/or improperly and unreasonably stowed Plaintiff's steel pipe cargo, causing it to be physically damaged, and contributing to the cargo damages found to have occurred when the cargo arrived in Houston.

10.    By reason of the premises, STX breached, failed and violated its duties and obligations as a common carrier, and as a cargo loading, stowage, discharge, and delivery supervisor, and was otherwise at fault.

### E.
### CAUSE 2 - BAILMENT

11.    Plaintiff reiterates all paragraphs above as if completely restated herein. Plaintiff further alleges, in the alternative and without waiving the above cause of action, that STX was a bailee of the plaintiff's cargo of steel pipes, before, and/or after, the cargo's delivery to STX at the Port of Manila, Philippines for carriage to Houston, Texas. The bailment for mutual benefit between the plaintiff/cargo interests and the defendants was made express by oral contract, written contract, the bills of lading, or alternatively, was an implied contract.

12.    The defendant delivered the cargo in a damaged condition which did not exist at the time of the plaintiff's/bailor's delivery to the bailee, and STX breached it duties and obligations as a bailee and was negligent.

### F.
### DAMAGES

13.    Despite the fact that plaintiff gave notice of the claim to defendant and demanded payment, and despite the fact that all conditions precedent have been performed or have occurred, no payment has been made by the defendant and the plaintiffs have been damaged in the sum of EIGHTY-FIVE THOUSAND FOUR HUNDRED SIXTY-SEVEN AND 86/100 DOLLARS ($85,467.86).

3

Certified Document Number: 54813851 - Page 3 of 5

**G.**
## ATTORNEY'S FEES

14.    Plaintiff, by its duly authorized representatives, presented its claim for the said damages to defendants and their duly authorized agents, more than thirty (30) days ago, but the said claim has not been paid or satisfied. Plaintiff has incurred, and will incur, in the prosecution of its claim, and of this suit, reasonable attorneys' fees in the amount of $10,000 for which demand is made under Chapter 38 of the Tex. Civ. Practice & Rem. Code.

**H.**
## JURY DEMAND

15.    Plaintiffs demand a "jury trial" and tender the appropriate fee with this petition.

**I.**
## CONDITIONS PRECEDENT

16.    Plaintiff has duly performed all duties and obligations on its part to be performed.

**J.**
## REQUESTS FOR DISCLOSURE

17.    Pursuant to Tex. R. Civ. P. 194, plaintiffs request that defendant disclose, within fifty (50) days of the date of service of this request, the information or material described in Rule 194.2(a-1).

**K.**
## REAL PARTIES IN INTEREST

18.    Plaintiff was the consignee or owner of the shipment, as described in Schedule A, and, brings this action on its own behalf and, as agent and trustee, on behalf of, and for, the interest of all parties who may be, or become, interested in the said shipment, as their respective interests may ultimately appear, and plaintiff is entitled to maintain this action.

Certified Document Number: 54813851 - Page 4 of 5

4

## L.
## PRAYER

19.     For these reasons, plaintiff asks that the court: a) issue citation for defendant to appear

and answer, that plaintiff be awarded: b) a judgment against defendant in the principal amount of

$85,467.86, c) prejudgment and post-judgment interest at the maximum legal rate, d) reasonable

and necessary attorney's fees, including those for any appeals, and e) all costs of court; and f) for

such other and further relief, both at law and in equity, to which plaintiff may show itself to be

justly entitled.

Respectfully submitted,

DANA K. MARTIN
Texas Bar No. 13057830
TIM R. SUTHERLAND
Texas Bar No. 24079824
55 Waugh Drive, Suite 1200
Houston, Texas 77007
HILL RIVKINS LLP
Telephone:     (713) 222-1515
Direct Line:     (713) 457-2287
Telefax:         (713) 222-1359
e-mail:          dmartin@hillrivkins.com

ATTORNEYS FOR PLAINTIFF
INSIGHT TRADING, LLC

Certified Document Number: 54813851 - Page 5 of 5

5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 22, 2013

Certified Document Number:        54813851 Total Pages: 5

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

CONFIRMED FILE DATE: 2/27/2013

**CHRIS DANIEL**
**HARRIS COUNTY DISTRICT CLERK**

COUNTY OF HARRIS STATE OF TEXAS

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

## CIVIL PROCESS PICK-UP FOR

CAUSE NUMBER: 2013 10739

ATY ✓ CIV ___ COURT 113

**REQUESTING ATTORNEY/FIRM NOTIFICATION**

Attorney: Timothy Russell Sutherland Phone: 713 222 1515
Civil Process Server/Filer: Grace Solis Phone: 713 457 2291
Attorney/Firm Notified Service Ready: ___ Date: February 27, 2013
Contacted By: Nelson Cuero
Deputy District Clerk
30th day after date of Issuance 03-29-2013

Unofficial Copy Office of Chris Daniel District Clerk

| | |
|---|---|
| Type of Service Document: CITC | Tracking number: 72877672 |
| Type of Service Document: | Tracking number: |
| Type of Service Document: | Tracking number: |
| Type of Service Document: | Tracking number: |
| Type of Service Document: | Tracking number: |
| Type of Service Document: | Tracking number: |
| Type of Service Document: | Tracking number: |
| Type of Service Document: | Tracking number: |
| Type of Service Document: | Tracking number: |
| Type of Service Document: | Tracking number: |
| Type of Service Document: | Tracking number: |
| Type of Service Document: | Tracking number: |
| Type of Service Document: | Tracking number: |

The above process papers were prepared by: Nelson Cuero
Deputy District Clerk

EXHIBIT 4

On this the 27th day of February 2013,

Process papers released to: [signature]

Process papers released by: ___

On this the 27 day of Feb, 2013 at 1207 AM/PM

CONFIRMED FILE DATE: 2/27/2013



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

## CIVIL PROCESS PICK-UP FOR

**2013 10739**

CAUSE NUMBER: _____

ATY ✓   CIV____   COURT **13**

### REQUESTING ATTORNEY/FIRM NOTIFICATION

Attorney: Timothy Russell Sutherland     Phone: 713 222 1515

Civil Process Server/Filer: Grace Solis     Phone: 713 497 2291

Attorney/Firm Notified Service Ready: _____     Date: **February 27, 2013**

Contacted By: **Nelson Cuero**
Deputy District Clerk

30th day after date of Issuance **03-29-2013**

| Type of Service Document: | CITC | Tracking number: | 72877672 |
|---|---|---|---|
| Type of Service Document: | | Tracking number: | |
| Type of Service Document: | | Tracking number: | |
| Type of Service Document: | | Tracking number: | |
| Type of Service Document: | | Tracking number: | |
| Type of Service Document: | | Tracking number: | |
| Type of Service Document: | | Tracking number: | |
| Type of Service Document: | | Tracking number: | |
| Type of Service Document: | | Tracking number: | |
| Type of Service Document: | | Tracking number: | |
| Type of Service Document: | | Tracking number: | |
| Type of Service Document: | | Tracking number: | |
| Type of Service Document: | | Tracking number: | |

The above process papers were prepared by: **Nelson Cuero**
Deputy District Clerk

On this the **27th** day of **February** **2013**,

Process papers released to: Ray Flores

Process papers released by: _____

On this the **27** day of **Febu**, 2013 at **1207** AM/PM

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Pick-up Form     Rev. 1/2000

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Texas | County of Harris | 133rd Judicial District Court |

Case Number: 2013-10739

Plaintiff:
**Insight Trading, LLC**
vs.
Defendant:
**STX Pan Ocean Co Ltd.**

For:
Hill Rivkins LLP
55 Waugh Drive
Suite 1200
Houston, TX  77007

**FILED**
Chris Daniel
District Clerk
MAR -8 2013
Time: _____
By _____
Harris County, Texas
Deputy

Received by Austin Process LLC on the 4th day of March, 2013 at 12:09 pm to be served on STX Pan Ocean Co **Ltd by serving its registered agent, Corporation Service Company, 211 E. 7th Street, Ste. 620, Austin, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **5th day of March, 2013 at 2:40 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Citation and Plaintiff's Original Petition** with the date of service endorsed thereon by me, to: **Kelly Courtney, Corporation Service Company as Registered Agent** at the address of: **211 E. 7th Street, Ste. 620, Austin, TX 78701** on behalf of **STX Pan Ocean Co Ltd**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was delivered.  The facts stated in this affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 5th day of March, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. HYBNER
Notary Public
STATE OF TEXAS
My Comm. Exp. Aug. 09, 2016

**Mike Techow**
SCH-1215, Exp. 7/31/14

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2013000946
Ref: Insight Trading LLC

**EXHIBIT**
**5**

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

No. 2013-10739

| | | |
|---|---|---|
| INSIGHT TRADING, LLC | : | IN THE DISTRICT COURT OF |
| | : | |
| vs. | : | HARRIS COUNTY, TEXAS |
| | : | |
| STX PAN OCEAN CO., LTD. | : | 133RD JUDICIAL DISTRICT |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To  by and through their attorney(s) of record:
To other party/parties by and through their attorney(s) of record:

You will please take notice that twenty (20) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

**MARITECH COMMERCIAL, INC. (Any & All Records)**
**1606 CLINTON DRIVE, 2ND FLOOR**
**GALENA PARK, TX 77547**

**F I L E D**
**Chris Daniel**
**District Clerk**

**MAR 11 2013**

before a Notary Public for    **Republic Services, Inc.**
**4202 Sherwood**
**Houston, TX 77092**
**713-957-0094   Fax 713-957-0540**

Time: _____
Harris County, Texas
By _____
Deputy

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court. Notice is further given that request is hereby made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

**EXHIBIT A**

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

**Dana K. Martin**
**Hill Rivkins LLP**
**55 Waugh Drive, Suite 1200**
**Houston, TX 77007**
**713-222-1515   Fax 713-222-1359**
Attorney for Plaintiff
SBA # 13057830

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated: 2/28/13      by _____

Order No. 65195

FILED
CHRIS DANIEL
DISTRICT CLERK

2013 MAR 11 PM 1: 31

NO FEE FILING-C

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging



EXHIBIT
6

Unofficial Copy Office of Chris Daniel District Clerk

No.  2013-10739

| | | |
|---|---|---|
| INSIGHT TRADING, LLC | : | IN THE DISTRICT COURT OF |
| | : | |
| vs. | : | HARRIS COUNTY, TEXAS |
| | : | |
| STX PAN OCEAN CO., LTD. | : | 133RD JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for:  **MARITECH COMMERCIAL, INC.**
Records Pertaining To: **EXHIBIT A**
Type of Records: **Any and all records as described on the attached Exhibit 'A'**

1.  State your full name, address and occupation.

    Answer: _____

2.  Are you able to identify these records as the originals or true and correct copies of the originals?

    Answer: _____

3.  Were these records made and kept in the regular course of business?

    Answer: _____

4.  In the regular course of business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information from sources who have such personal knowledge to make such records?

    Answer: _____

5.  Are these records under your care, supervision, directions, custody or control?

    Answer: _____

6.  Are these records made at a time closely related to or simultaneous with the occurrence recorded on these records?

    Answer: _____

Order No.  65195.002

7.  Were these records kept as described in the previous questions?

    Answer: _____

8.  Please gather any and all of such records together and deliver same to the officer taking your deposition for inspection and photocopying. (This will be at no expense to you, and the officer will return the original records to you after they have been both inspected and copied.)  Have you done as requested?  If not, why not?

    Answer: _____

    _____

    _____
    WITNESS (Custodian of Records)

    Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first
duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the
records attached hereto are exact duplicates of the original records.

    SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.

    _____
    NOTARY PUBLIC

    My Commission Expires: _____

    Order No. 65195.002

Unofficial Copy Office of Chris Daniel District Clerk

## EXHIBIT "A"

1. All survey reports concerning the discharge of the M/V Nan Hai on Nov. 14-21, 2011, and

2. Maritech Commercial's entire file concerning the discharge and delivery of the cargo from the M/V Nan Hai on Nov. 14-21, 2011, including copies of all color photographs in the file.

3. Any discharge reports and/or dock delivery receipts concerning the discharge and delivery of the cargo from the M/V Nan Hai on Nov. 14-21, 2011, including copies of all color photographs in the file.

4. All notes of protest and/or damage notifications filed by anyone concerning the cargoes discharged from the M/V Nan Hai on Nov. 14-21, 2011.

5. All communications between Maritech Commercial, Inc. and the vessel's P&I club, concerning the condition of the cargoes aboard the M/V Nan Hai upon discharge and delivery to the dock in Houston, Texas in November 2011.

6. All follow-up damage surveys concerning alleged damage to the Insight Trading cargo discharged from the M/V Nan Hai from Nov. 14, 2011 to the present, including copies of all color photographs in the file.

No. 2013-10739

| | | |
|---|---|---|
| INSIGHT TRADING, LLC | : | IN THE DISTRICT COURT OF |
| | : | |
| vs. | : | HARRIS COUNTY, TEXAS |
| | : | |
| STX PAN OCEAN CO., LTD. | : | 133RD JUDICIAL DISTRICT |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To  by and through their attorney(s) of record:
To other party/parties by and through their attorney(s) of record:

You will please take notice that twenty (20) days from the service of a copy hereof with attached questions, a deposition by written questions will be taken of Custodian of Records for:

**CAMPANA MARINE SERVICE, LLC (Any & All Records)**
**7009 ALMEDA ROAD, SUITE 1811**
**HOUSTON, TX 77054**

before a Notary Public for    **Republic Services, Inc.**
                              **4202 Sherwood**
                              **Houston, TX 77092**
                              **713-957-0094   Fax 713-957-0540**

or its designated agent, which deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court.  Notice is further given that request is hereby made as authorized under Rule 200, Texas Rules of Civil Procedure, to the officer taking this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to:

**EXHIBIT A**

and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

                              **Dana K. Martin**
                              **Hill Rivkins LLP**
                              **55 Waugh Drive, Suite 1200**
                              **Houston, TX 77007**
                              **713-222-1515   Fax 713-222-1359**
                              Attorney for Plaintiff
                              SBA # 13057830

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all Counsel of Record by hand delivery, FAX, and/or certified mail, return receipt requested, on this day.

Dated: 2/28/13          FILED          by _____
                        CHRIS DANIEL
                        DISTRICT CLERK
Order No. 65195         HARRIS COUNTY, TEXAS

                        2013 MAR 11  PM 1: 31

                        NO FEE FILING-C

No. 2013-10739

| INSIGHT TRADING, LLC | : | IN THE DISTRICT COURT OF |
| | : | |
| vs. | : | HARRIS COUNTY, TEXAS |
| | : | |
| STX PAN OCEAN CO., LTD. | : | 133RD JUDICIAL DISTRICT |

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: **CAMPANA MARINE SERVICE, LLC**
Records Pertaining To: **EXHIBIT A**
Type of Records: **Any and all records as described on the attached Exhibit 'A'**

1.   State your full name, address and occupation.

   Answer: _____

2.   Are you able to identify these records as the originals or true and correct copies of the originals?

   Answer: _____

3.   Were these records made and kept in the regular course of business?

   Answer: _____

4.   In the regular course of business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information from sources who have such personal knowledge to make such records?

   Answer: _____

5.   Are these records under your care, supervision, directions, custody or control?

   Answer: _____

6.   Are these records made at a time closely related to or simultaneous with the occurrence recorded on these records?

   Answer: _____

Order No.  65195.001

7.  Were these records kept as described in the previous questions?

Answer: _____

8.  Please gather any and all of such records together and deliver same to the officer taking your deposition for inspection and photocopying. (This will be at no expense to you, and the officer will return the original records to you after they have been both inspected and copied.)  Have you done as requested?  If not, why not?

Answer: _____

_____

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____

Order No. 65195.001

## EXHIBIT "A"

1. All survey reports concerning the discharge of the M/V Nan Hai on Nov. 14-21, 2011, and

2. Campana Marine Service's entire file concerning the discharge and delivery of the cargo from the M/V Nan Hai on Nov. 14-21, 2011, including copies of all color photographs in the file.

3. Any discharge reports and/or dock delivery receipts concerning the discharge and delivery of the cargo from the M/V Nan Hai on Nov. 14-21, 2011, including copies of all color photographs in the file.

4. All notes of protest and/or damage notifications filed by anyone concerning the cargoes discharged from the M/V Nan Hai on Nov. 14-21, 2011.

5. All communications between Campana Marine Service and the vessel's interests, concerning the condition of the cargoes aboard the M/V Nan Hai upon discharge and delivery to the dock in Houston, Texas in November 2011.

6. All follow-up damage surveys concerning alleged damage to the Insight Trading cargo discharged from the M/V Nan Hai from Nov. 14, 2011 to the present, including copies of all color photographs in the file.